# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NORRIS PERRY**                                                                               **PLAINTIFF**

**v.**                        **CASE NO. 2:12CV00179 BSM**

**WOODRUFF COUNTY SHERIFF DEPARTMENT,** *et al.*         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 12th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE